**Form 751**[Order for Payment of Installments]

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

In re:  
    Shahin Mohammad Reza  
    Debtor(s).

Case No. 12–28944 RKM  
Chapter 13

## ORDER FOR PAYMENT OF FILING FEE IN INSTALLMENTS

The Court, having received the Debtor(s) Application To Pay Filing Fee In Installments according to Federal Rule of Bankruptcy Procedure 1006,

**HEREBY ORDERS** that the Debtor(s) pay the filing fee $ 281.00 as follows:

    Paid at filing:    $ 0.00  
    First installment:    $ n/a    Due on or before  n/a  
    Second installment:  $ n/a    Due on or before  n/a  
    Third installment:    $ n/a    Due on or before  n/a  
    Final installment    $ 281.00  Due on or before  9/05/2012

Payment must be received and posted by the Court on or before the due date of each installment payment. Payments may be made electronically, in person, or by mail to the U.S. Bankruptcy Court at the following address:

    U.S. Bankruptcy Court – District of Utah  
    350 South Main Street, Rm 301  
    Salt Lake City, UT 84101  
    Tel. (801) 524−6687

Acceptable forms of payment are cash, credit card, money order, or check made payable to **U.S. Bankruptcy Court**. The Court will not accept as payment the personal check of the debtor(s) filing the bankruptcy petition.

**THE COURT FURTHER ORDERS** that, in accordance with Federal Rule of Bankruptcy Procedure 1017(b)(1), 11 U.S.C. § 102, 28 U.S.C. § 1930 that unless ordered otherwise by the Court:

- Failure to timely pay an installment will result in dismissal without further notice or hearing.
- Until the filing fee is paid in full, the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.
- If the case is dismissed, all unpaid balances remain owing and must be paid within 14 days of dismissal.
- If the debtor(s) fail to pay any installments due under this Order, debtor(s) will be ineligible for an Order for Payment of Filing Fees in Installments in any future bankruptcy case.

Dated and Entered on: July 12, 2012

*R. Kimball Mosier*

United States Bankruptcy Judge  (3)

```
                        United States Bankruptcy Court
                              District of Utah
In re:                                                    Case No. 12-28944-RKM
Shahin Mohammad Reza                                      Chapter 13
        Debtor
                         CERTIFICATE OF NOTICE
District/off: 1088-2         User: dlg           Page 1 of 2         Date Rcvd: Jul 12, 2012
                             Form ID: f751       Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 14, 2012.
db           +Shahin Mohammad Reza,    5809 S. Waterbury Dr.,    Salt Lake City, UT 84121-1154
aty          +Linda D. Smith,   74 E. 2700 So.,   South Salt Lake, UT 84115-3132

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           +E-mail/Text: bnc@ch13kra.com Jul 13 2012 01:27:38     Kevin R. Anderson tr,
              405 South Main Street,    Suite 600,   Salt Lake City, UT 84111-3408
                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 14, 2012                    Signature:** _/s/ Joseph Speetjens_

```
District/off: 1088-2           User: dlg                  Page 2 of 2                  Date Rcvd: Jul 12, 2012
                               Form ID: f751              Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2012 at the address(es) listed below:
        Kevin R. Anderson tr    kanderson@ch13kra.com, lneebling@ch13kra.com
        Linda D. Smith    on behalf of Debtor Shahin Reza lawldsmith@aol.com, ldsmithecfinfo@gmail.com;lmadrid30@msn.com
        United States Trustee    USTPRegion19.SK.ECF@usdoj.gov

                                              TOTAL: 3