Kevin R. Anderson (4786)
Kellie K. Nielsen (11416)
Tami Gadd-Willardson (12517)
Laura J. Jones (13997)
OFFICE OF THE CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

| IN RE: <br> SHAHIN MOHAMMAD REZA <br><br> Debtor | CASE NO: 12-28944 <br><br> Chapter 13 <br><br> JUDGE R. KIMBALL MOSIER |
|---|---|

## TRUSTEE'S MOTION TO DISMISS

KEVIN R. ANDERSON, Standing Chapter 13 Trustee in this case, recommends that the above referenced case be dismissed for the Debtors' failure to comply with the following statutory requirements, Federal Rule of Bankruptcy Procedure, and/or Local Rules:

1. The Debtor failed to tender the initial plan payment at the 341 Meeting as required by § 1326(a)(1) and Local Rule 2083-1(a).

THEREFORE, based on the foregoing, the Trustee moves the Court for the entry of an Order dismissing this case under 11 U.S.C. § 1307.  If an objection is not filed by September 14, 2012 and served upon the Trustee, the clerk must enter an order dismissing the case.  Unless the Court orders otherwise, any objection to the Trustee's Motion to Dismiss will be heard at the confirmation hearing. No additional notice is required for such hearing.

DATED: 08/21/2012

KRA /S/
KEVIN R. ANDERSON
CHAPTER 13 TRUSTEE

CERTIFICATE OF MAILING

    The undersigned hereby certifies that true and correct copy of the foregoing Trustee's Motion to Dismiss was served upon all persons entitled to receive notice in this case via ECF notification or by U.S. Mail to the following parties on August 21, 2012:

    SHAHIN MOHAMMAD REZA
    5809 S. WATERBURY DR.
    SALT LAKE CITY, UT  84121

    LINDA D. SMITH, ESQ.
    ECF Notification

/s/

Office of Chapter 13 Trustee