Linda D. Smith, SB#7438
**LINDA D. SMITH, P.C.**
74 E. 2700 So.
Salt Lake City, Utah  84115
Telephone: (801) 485-3717
Facsimile: (801) 485-3711
Attorney for Debtor, SHAHIN MOHAMMADREZA

---

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

---

| | | |
|---|---|---|
| IN RE:  SHAHIN MOHAMMADREZA | : | Bankruptcy Case No. 12-28944 |
| | : | |
| | : | Chapter 13 |
| | : | Judge |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**SWORN DECLARATION REGARDING TAX PAYMENTS**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

I hereby declare, under penalty of perjury, the following:

I am on Social Security and I am not required to file income tax

returns and have not been required to file taxes for more than the

last five years.

STATE OF UTAH        )
                            ss.
County of Salt Lake)

I swear under penalty of perjury that all of the information

contained herein is true and correct.

_____
Shahin Mohammedreza

Subscribed and sworn to before me this 29 day of

August , 2012.

CRYSTAL D FEESE
NOTARY PUBLIC - STATE OF UTAH
My Comm. Exp. 11/06/2014
Commission # 602877

_____
Notary Public