**Form 708**[Notice of Administrative Error]

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF UTAH

In re:  
    Shahin Mohammad Reza  
        Debtor(s).

Case No. 12–28944 RKM  
Chapter 13

## NOTICE OF ADMINISTRATIVE ERROR

TO ALL PARTIES OF INTEREST:

Clerk's Notice of Administrative Error. Please note: an AKA has been added for Debtor. Aka is Shahin Mohammadreza. (bfg)

Dated: August 29, 2012

                                              David A. Sime  
                                              Clerk of Court

United States Bankruptcy Court
District of Utah

In re:                                                                    Case No. 12-28944-RKM
Shahin Mohammad Reza                                                      Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 1088-2            User: bfg                  Page 1 of 2              Date Rcvd: Aug 29, 2012
                                Form ID: f708              Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 31, 2012.
db          +Shahin Mohammad Reza,    5809 S. Waterbury Dr.,    Salt Lake City, UT 84121-1154
aty         +Linda D. Smith,    74 E. 2700 So.,    South Salt Lake, UT 84115-3132
8395080     +Chase,    3415 Vision Drive,    Columbus, OH 43219-6009
8395081     +Faramarz Baravi,    4412 south 500 east,    Salt Lake City, UT 84107-2866
8395082     +Kami L Petersson,    p.o box 30709,    S.L.C, UT 84130-0709
8395083    ++ZIONS FIRST NATIONAL BANK,    LEGAL SERVICES UT ZB11 0877,    P O BOX 30709,
              SALT LAKE CITY UT 84130-0709
             (address filed with court:  Zions Bank,    P.O box 30709,    S.L.C, UT 84130)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           +E-mail/Text: bnc@ch13kra.com Aug 30 2012 00:35:29     Kevin R. Anderson tr,
               405 South Main Street,    Suite 600,   Salt Lake City, UT 84111-3408
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 31, 2012**                    **Signature:**   _Joseph Speetjens_

```
District/off: 1088-2           User: bfg                  Page 2 of 2                  Date Rcvd: Aug 29, 2012
                               Form ID: f708              Total Noticed: 7
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 29, 2012 at the address(es) listed below:
          Kevin R. Anderson tr    kanderson@ch13kra.com,   lneebling@ch13kra.com
          Linda D. Smith    on behalf of Debtor Shahin Reza lawldsmith@aol.com,
           ldsmithecfinfo@gmail.com;lmadrid30@msn.com
          United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
                                                                                            TOTAL: 3