Kevin R. Anderson (4786)
Kellie K. Nielsen (11416)
Tami Gadd-Willardson (12517)
Laura J. Jones (13997)
OFFICE OF THE CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: kratrusteemail@ch13kra.com

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

| IN RE:<br>SHAHIN MOHAMMAD REZA<br><br>Debtor | CASE NO: 12-28944<br><br>Chapter 13<br><br>JUDGE R. KIMBALL MOSIER |
|---|---|

## TRUSTEE'S CONTINUING OBJECTION TO CONFIRMATION

KEVIN R. ANDERSON, Chapter 13 Trustee, hereby objects to confirmation based on the following unresolved issues:

1. The Debtor has not resolved all issues raised in the Trustee's initial objection to confirmation. The unresolved issues are set forth in paragraph(s) 4, 6, 7 and 8 of the Trustee's initial objection.

2. The plan does not properly provide for the following creditors for the following reason(s): it appears that Chase is being paid by a 3rd party..

THEREFORE, the Trustee has an ongoing objection to the confirmation

DATED: September 10, 2012

                                KRA /s/
                                Kevin R. Anderson, Esq.
                                Standing Chapter 13 Trustee

CERTIFICATE OF MAILING

    The undersigned hereby certifies that true and correct copy of the foregoing Trustee's Continuing Objection to Confirmation was served upon all persons entitled to receive notice in this case via ECF notification or by U.S. Mail to the following parties on September 10, 2012:

LINDA D. SMITH, ESQ., ECF NOTIFICATION