Linda D. Smith, SB#7438
**LINDA D. SMITH, P.C.**
74 E. 2700 S.
South Salt Lake, Utah  84115
Telephone: (801) 485-3717
Facsimile: (801) 485-3711
Attorney for Debtor, Shahin Mohammad Reza

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy Case No.12-28944 |
| SHAHIN MOHAMMAD REZA | : | |
| | : | Chapter 13 |
| | : | Judge |
| | : | |

AFFIDAVIT OF MOHAMMAD JAVAD BARAVI

COMES now, Mohammad Javad Baravi and avers as follows:

1. I am the ex-husband of the Debtor.

2. I reside in Utah.

3. I have the financial resources to help the Debtor with her

Chapter 13 payments as needed so that she can complete her Chapter 13 plan as proposed.

DATED this __9__ day of September, 2012.

_____
Mohammad Javad Baravi

On this __9__ day of September, 2012, Mohammad Javad Baravi, being first duly sworn on oath, stated that he has read the foregoing Affidavit and knows the contents thereof and the same are true to the best of his knowledge, except as to those matters therein stated to be alleged upon information and belief, and to those matters he believes them to be true.



_____
NOTARY PUBLIC

NOTARY PUBLIC
DANIELLE PETERSON
649783
COMMISSION EXPIRES
OCTOBER 26, 2015
STATE OF UTAH

2

**CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing Affidavit was served electronically to Kevin R. Anderson, Chapter 13 Trustee, via CM/ECF notice on September __7__, 2012.