Linda D. Smith, SB#7438
**LINDA D. SMITH, P.C.**
74 E. 2700 S.
South Salt Lake, Utah  84115
Telephone: (801) 485-3717
Facsimile: (801) 485-3711
Attorney for Debtor, Shahin Mohammad Reza

---

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

---

|  |  |
|---|---|
| IN RE:<br>    SHAHIN MOHAMMAD REZA | Bankruptcy Case No.12-28944<br><br>Chapter 13<br>Judge R. Kimball Mosier |

------------------------------------------------------------

PRECONFIRMATION MOTION TO MODIFY CHAPTER 13 PLAN

AND TO CONFIRM SUCH WITHOUT NOTICE OR HEARING

---

Under 11 U.S.C. § 1323, the debtor hereby modifies the most-recently filed Chapter 13 plan and moves the court for confirmation of the plan as modified without further notice and hearing.  In support thereof, the debtor represents as follows:

1. The most recently-filed plan is hereby modified as

follows:

| Section | Previously-Filed Plan Provision | Plan as modified on September 18, 2012 |
|---------|--------------------------------|----------------------------------------|
| 12 | Debtor will pay Chase Home Mortgage directly each month. | Third party will pay Chase Home Mortgage directly each month. |

2.    The modification does not negatively impact secured, priority, or nonpriority unsecured creditors because *[select one or both if applicable]*: __X___ the modification only increases the monthly payment so that the plan pays all provided-for claims within 60 months; and/or _X__ the modification only increases the return to nonpriority unsecured claims to satisfy the requirements of  § 1325.

3.    Under  § 1323(c), any holder of a secured claim that has accepted or rejected the prior plan is deemed to have accepted or rejected, as the case may be, the plan as modified unless the modification provides for a change in the rights of such holder from what such rights were under the plan before modification, and such holder changes such holder's precious acceptance or rejection.

THEREFORE, because the modification does not require notice to creditors, the debtor requests the court to confirm the plan as modified without further notice or hearing.

DATED this 19th day of September, 2012

_____
Attorney for Debtor

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing paper was served electronically to all parties entitled to receive CM/ECF notice in this case.

Kevin R. Anderson
ecf filing

All Creditors in the attached Matrix

_____

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1088-2<br>Case 12-28944<br>District of Utah<br>Salt Lake City<br>Wed Sep 19 10:12:59 MDT 2012 | Kevin R. Anderson tr<br>405 South Main Street<br>Suite 600<br>Salt Lake City, UT 84111-3408 | Chase<br>3415 Vision Drive<br>Columbus, OH 43219-6009 |
| Faramarz Baravi<br>4412 south 500 east<br>Salt Lake City, UT 84107-2866 | Kami L Petersson<br>p.o box 30709<br>S.L.C, UT 84130-0709 | Shahin Mohammad Reza<br>5809 S. Waterbury Dr.<br>Salt Lake City, UT 84121-1154 |
| Linda D. Smith<br>74 E. 2700 So.<br>South Salt Lake, UT 84115-3132 | United States Trustee<br>Ken Garff Bldg.<br>405 South Main Street<br>Suite 300<br>Salt Lake City, UT 84111-3402 | (p)ZIONS FIRST NATIONAL BANK<br>LEGAL SERVICES UT ZB11 0877<br>P O BOX 30709<br>SALT LAKE CITY UT 84130-0709 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Zions Bank
P.O box 30709
S.L.C, UT 84130


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)R. Kimball Mosier                    End of Label Matrix
                                        Mailable recipients     8
                                        Bypassed recipients     1
                                        Total                   9