Linda D. Smith, SB#7438
**LINDA D. SMITH, P.C.**
74 E. 2700 S.
South Salt Lake, Utah  84115
Telephone: (801) 485-3717
Facsimile: (801) 485-3711
Attorney for Debtor, Shahin Mohammad Reza

---

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

---

| | |
|---|---|
| IN RE:<br>    SHAHIN MOHAMMAD REZA | Bankruptcy Case No.12-28944<br><br>Chapter 13<br>Judge |

---

NOTICE OF CHAPTER 13 PLAN

AND TO CONFIRM SUCH <u>WITHOUT</u> NOTICE OR HEARING

---

Under 11 U.S.C. § 1323, the debtor hereby modifies the most-recently filed Chapter 13 plan and moves the court for confirmation of the plan as modified without further notice and hearing.  In support thereof, the debtor represents as follows:

1. The most recently-filed plan is hereby modified as

follows:

| Section | Previously-Filed Plan Provision | Plan as modified on September 18, 2012 |
|---------|--------------------------------|----------------------------------------|
| 12 | Debtor will pay Chase Home Mortgage directly each month. | Third party will pay Chase Home Mortgage directly each month. |

2.    The modification does not negatively impact secured, priority, or nonpriority unsecured creditors because *[select one or both if applicable]*: __X___ the modification only increases the monthly payment so that the plan pays all provided-for claims within 60 months; and/or _X__ the modification only increases the return to nonpriority unsecured claims to satisfy the requirements of ☐ 1325.

3.    Under  § 1323(c), any holder of a secured claim that has accepted or rejected the prior plan is deemed to have accepted or rejected, as the case may be, the plan as modified unless the modification provides for a change in the rights of such holder from what such rights were under the plan before modification, and such holder changes such holder's precious acceptance or rejection.

THEREFORE, because the modification does not require notice to creditors, the debtor requests the court to confirm the plan as modified without further notice or hearing.

DATED this 19th day of September, 2012

_____
Attorney for Debtor

CERTIFICATE OF SERVICE

This certifies that on the 19 day of September, 2012, a copy of the attached NOTICE OF AMENDED CHAPTER 13 PLAN AND TO CONFIRM SUCH WITHOUT NOTICE OR HEARING was served on the Chapter 13 Trustee, by electronic filing, and all creditors in this matter on the attached matrix, by U.S. Mail, postage prepaid;

Kevin R. Anderson
ecf filing

All Creditors in the attached Matrix

```
Label Matrix for local noticing        Kevin R. Anderson tr              Chase
1088-2                                  405 South Main Street             3415 Vision Drive
Case 12-28944                           Suite 600                         Columbus, OH 43219-6009
District of Utah                        Salt Lake City, UT 84111-3408
Salt Lake City
Wed Sep 19 10:12:59 MDT 2012

Faramarz Baravi                         Kami L Petersson                  Shahin Mohammad Reza
4412 south 500 east                     p.o box 30709                     5809 S. Waterbury Dr.
Salt Lake City, UT 84107-2866           S.L.C, UT 84130-0709              Salt Lake City, UT 84121-1154


Linda D. Smith                          United States Trustee             (p)ZIONS FIRST NATIONAL BANK
74 E. 2700 So.                          Ken Garff Bldg.                   LEGAL SERVICES UT ZB11 0877
South Salt Lake, UT 84115-3132          405 South Main Street             P O BOX 30709
                                        Suite 300                         SALT LAKE CITY UT 84130-0709
                                        Salt Lake City, UT 84111-3402
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Zions Bank
P.O box 30709
S.L.C, UT 84130
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)R. Kimball Mosier                    End of Label Matrix
                                        Mailable recipients    8
                                        Bypassed recipients    1
                                        Total                  9
```