IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH

In re: SHAHIN MOHAMMAD REZA

Bankruptcy Number: 12-28944

NOTICE OF CHAPTER 13 TRUSTEE'S MOTION TO DISMISS AND NOTICE OF DEADLINE TO OBJECT AND TO SET OBJECTION FOR A HEARING

Objection Deadline: **May 02, 2013**

PLEASE TAKE NOTICE that the Chapter 13 Trustee has filed with the United States Bankruptcy Court for the District of Utah a motion to dismiss your bankruptcy case for failure to comply with the terms of the court's confirmation order.  The specifics are set forth in the motion included herewith.

**YOUR RIGHTS MAY BE AFFECTED.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to dismiss your Chapter 13 case, then you **must** take the following three (3) actions:

1. On or before **May 02, 2013** (the "Objection Deadline") you or your lawyer must file with the Bankruptcy Court a written objection to the Trustee's motion explaining why your bankruptcy case should not be dismissed.  If you do not have access to the court's electronic filing system ("ECF"), you can hand-deliver or mail your objection to the following address: (if you mail your objection, it must be received by the court on or before the Objection Deadline):

> United States Bankruptcy Court
> 350 South Main Street, Room 301
> Salt Lake City, UT 84101

2. On or before the Objection Deadline, and after filing your objection, you must contact the Bankruptcy Court to reserve a hearing date and time when your objection will be considered by the Bankruptcy Judge.

3. On or before the Objection Deadline, and after reserving your court hearing date, you must also file a notice of hearing with the Bankruptcy Court, which notice will be served electronically on the Trustee (you do not need to mail a copy to the Trustee).

If you or your attorney do not complete **all three of these actions**, the Bankruptcy Court may decide that you do not oppose the Trustee's motion to dismiss and may enter an order granting that relief without further notice or hearing.

Kevin R. Anderson (4786)

Kellie K. Nielsen (11416)

Tami Gadd-Willardson (12517)

Laura J. Jones (13997)

OFFICE OF THE CHAPTER 13 TRUSTEE

405 South Main Street, Suite 600

Salt Lake City, Utah  84111

Telephone: (801) 596-2884

Facsimile: (801) 596-2898

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH**
**CENTRAL DIVISION**

| IN RE: SHAHIN MOHAMMAD REZA | CASE NO: 12-28944 |
|---|---|
|  | Chapter 13 |
| Debtor | JUDGE R. KIMBALL MOSIER |

**TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO COMPLY WITH ORDER CONFIRMING CHAPTER 13 PLAN**

KEVIN R. ANDERSON, Standing Chapter 13 Trustee in this case, hereby moves the Court for an order dismissing this case based on the Debtors' failure to comply with the Confirmation Order. In support thereof the Trustee represents as follows:

1. Pursuant to the terms of the Order Confirming Debtor's Chapter 13 Plan, the Debtor is required to:

   a.  File with the court and serve on the Trustee a declaration that all claims have been reviewed and that any appropriate objections have been filed and noticed for a hearing within 60 days following the expiration of the bar date for governmental units to file claims under Bankruptcy Rule 3002(c)(1).

2. The Debtors have failed to comply with the aforementioned terms of the Confirmation Order.

3. On or before **May 02, 2013**, you must complete all three (3) of the following actions in response to this motion or your case may be administratively dismissed without further notice or hearing: (a) file with the Bankruptcy Court a written objection to this motion; (b) reserve a hearing date and time with the Bankruptcy Court when your objection will be heard; and (c) file with the Bankruptcy Court a notice of hearing on your objection.

4. Therefore, based on the reasons set forth above, the Trustee asks the Court to dismiss this case without prejudice.

DATED: April 08, 2013

                                                          KRA /S/
                                                          KEVIN R. ANDERSON
                                                          CHAPTER 13 TRUSTEE

CERTIFICATE OF MAILING

The undersigned hereby certifies that true and correct copy of the foregoing Trustee's Motion to Dismiss was served upon all persons entitled to receive notice in this case via ECF notification or by U.S. Mail to the following parties on April 08, 2013:

SHAHIN MOHAMMAD REZA, 5809 S. WATERBURY DR., SALT LAKE CITY, UT  84121

LINDA D. SMITH, ESQ., ECF Notification

                                              /s/ _____
                                              Office of Chapter 13 Trustee