Linda D. Smith, SB#7438
**LINDA D. SMITH, P.C.**
1063 E. 3300 S., Suite 102B
Salt Lake City, Utah  84106
Telephone: (801) 485-3717
Facsimile: (801) 485-3711
Attorney for Debtor, Shahin Mohammad Reza

---

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

---

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy Case No.12-28944 |
| SHAHIN MOHAMMAD REZA | : | |
| | : | Chapter 13 |
| | : | Judge R. Kimball Mosier |
| | : | |

---

DECLARATION RE: CLAIMS REVIEW

---

I hereby declare the following under penalty of perjury:

1. As of Wednesday, April 10, 2013, all filed proofs of claims and all orders of the Court modifying treatment of any claim have been reviewed.

2. At this time no cause for objection to any proof of claim exists, or if cause for objection to any proof of claim exists, an objection has already been filed and a hearing on the objection has already been properly noticed to the proper parties

of interest.

    DATED this _10th_ day of April, 2013.

                                             /s/ Linda D. Smith
                                             Linda D. Smith
                                             Attorney for Debtor

Linda D. Smith, SB#7438
**LINDA D. SMITH, P.C.**
1063 E. 3300 S., Suite 102B
Salt Lake City, Utah  84106
Telephone: (801) 485-3717
Facsimile: (801) 485-3711
Attorney for Debtor, Shahin Mohammad Reza

---

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

---

| | |
|---|---|
| IN RE:<br>    SHAHIN MOHAMMAD REZA | Bankruptcy Case No.12-28944<br><br>Chapter 13<br>Judge R. Kimball Mosier |

---

This certifies that on April 10, 2013, a true copy of the attached DECLARATION RE: CLAIMS REVIEW was served on Chapter 13 Trustee, by electronic filing, and all creditors in this matter (attached) by U.S. Mail, postage prepaid;

Kevin R. Anderson
By ECF

3

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1088-2<br>Case 12-28944<br>District of Utah<br>Salt Lake City<br>Wed Apr 10 17:01:47 MDT 2013 | Kevin R. Anderson tr<br>405 South Main Street<br>Suite 600<br>Salt Lake City, UT 84111-3408 | Chase<br>3415 Vision Drive<br>Columbus, OH 43219-6009 |
| Faramarz Baravi<br>4412 south 500 east<br>Salt Lake City, UT 84107-2866 | Shahin Mohammad Reza<br>5809 S. Waterbury Dr.<br>Salt Lake City, UT 84121-1154 | Linda D. Smith<br>1063 E. 3300 So., Suite 102B<br>Salt Lake City, UT 84106-2193 |
| United States Trustee<br>Ken Garff Bldg.<br>405 South Main Street<br>Suite 300<br>Salt Lake City, UT 84111-3402 | (p)ZIONS FIRST NATIONAL BANK<br>LEGAL SERVICES UT ZB11 0877<br>P O BOX 30709<br>SALT LAKE CITY UT 84130-0709 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Zions Bank<br>P.O box 30709<br>S.L.C, UT 84130 | (d)Zions First National Bank<br>Legal Services, UT ZB11 0877<br>P.O. Box 30709<br>Salt Lake City, UT 84130 | End of Label Matrix<br>Mailable recipients    7<br>Bypassed recipients    0<br>Total    7 |