OFFICE OF THE CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: kratrusteemail@ch13kra.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| IN RE:<br>SHAHIN MOHAMMAD REZA<br><br><br>Debtor | CASE NO: 12-28944<br><br>Chapter 13<br><br>JUDGE R. KIMBALL MOSIER |
|---|---|

## TRUSTEE'S REPORT OF CLAIMS

The court confirmed the Debtor's plan on September 25, 2012, and the bar dates for filing claims in this case have now expired, and it appears that all claim issues have been resolved. As stated in the confirmation order, the Trustee will only disburse on allowed claims provided for in the plan and for which a timely proof of claim was filed. If the plan provides for a claim but no timely proof of claim has been filed, the Trustee will not disburse on that claim, subject to direction from the court. Attached hereto as Exhibit A is a list of all claims provided for by the confirmed plan and/or for which a proof of claim was filed with a description of how such claims will be administered by the Chapter 13 Trustee during the life of the plan.

***ABSENT A TIMELY FILED OBJECTION WITH THE BANKRUPTCY COURT, THE TRUSTEE WILL ADMINISTER CLAIMS IN THIS CASE PURSUANT TO THE TREATMENT DESCRIBED IN EXHIBIT A***

On or before May 30, 2013, any objection to the Trustee's Report of Claims must be filed with the bankruptcy court and served on the trustee. On or before May 30, 2013, you must *also* contact the Bankruptcy Court to reserve a date and time when your objection will be heard by the Bankruptcy Judge and then give the trustee notice of such hearing. If an objection is not both timely filed and noticed for a hearing, the Trustee's Report of Claims will become final and incorporated into the confirmation order, and it will control all disbursements by the Chapter 13 trustee, subject to subsequent direction from the court.

Note: The following claims have Step Payments:

Claim No.  LINDA D. SMITH, ESQ.

| 09/01/2012 | 09/30/9999 | $110.00 |
|---|---|---|

## Exhibit "A"

Debtor(s): SHAHIN MOHAMMAD REZA

5809 S. WATERBURY DR., SALT LAKE CITY, UT  84121

Case No: 12-28944
Bar Date: 11/15/12

| Court Claim No. | Creditor Name and Address | Claim Description | Claim Amount | Value | Monthly Payment | Interest Rate |
|---|---|---|---|---|---|---|
|  | **LINDA D. SMITH, ESQ.**<br>ECF NOTIFICATION | ATTORNEY FEE<br><br>*Funds will be DISBURSED* | $2,570.00 | $0.00 | $110.00 | 0.00 |
| 1 | **Zions First National Bank**<br>Legal Services, UT ZB11 0877<br>P.O. Box 30709<br>Salt Lake City, UT  84130 | UNSECURED<br>MONEY LOANED<br>1014<br>*Funds will be DISBURSED* | $9,715.51 | $0.00 | Pro Rata | 0.00 |

*Case No: 1228944*

*Trustee's Report of Claims*                                                         *Page: 2*