OFFICE OF THE CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: kratrusteemail@ch13kra.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| IN RE:<br>SHAHIN MOHAMMAD REZA<br><br><br>Debtor | CASE NO: 12-28944<br><br>Chapter 13<br><br>JUDGE R. KIMBALL MOSIER |
|---|---|

**TRUSTEE'S REPORT OF CLAIMS**

The court confirmed the Debtor's plan on September 25, 2012, and the bar dates for filing claims in this case have now expired, and it appears that all claim issues have been resolved.  As stated in the confirmation order, the Trustee will only disburse on allowed claims provided for in the plan and for which a timely proof of claim was filed.  If the plan provides for a claim but no timely proof of claim has been filed, the Trustee will not disburse on that claim, subject to direction from the court.  Attached hereto as Exhibit A is a list of all claims provided for by the confirmed plan and/or for which a proof of claim was filed with a description of how such claims will be administered by the Chapter 13 Trustee during the life of the plan.

***ABSENT A TIMELY FILED OBJECTION WITH THE BANKRUPTCY COURT, THE TRUSTEE WILL ADMINISTER CLAIMS IN THIS CASE PURSUANT TO THE TREATMENT DESCRIBED IN EXHIBIT A***

On or before May 30, 2013, any objection to the Trustee's Report of Claims must be filed with the bankruptcy court and served on the trustee.  On or before May 30, 2013, you must *also* contact the Bankruptcy Court to reserve a date and time when your objection will be heard by the Bankruptcy Judge and then give the trustee notice of such hearing.  If an objection is not both timely filed and noticed for a hearing, the Trustee's Report of Claims will become final and incorporated into the confirmation order, and it will control all disbursements by the Chapter 13 trustee, subject to subsequent direction from the court.

Note: The following claims have Step Payments:

Claim No.  LINDA D. SMITH, ESQ.

| 09/01/2012 | 09/30/9999 | $110.00 |

## Exhibit "A"

Debtor(s): SHAHIN MOHAMMAD REZA

5809 S. WATERBURY DR., SALT LAKE CITY, UT  84121

Case No: 12-28944
Bar Date: 11/15/12

| Court Claim No. | Creditor Name and Address | Claim Description | Claim Amount | Value | Monthly Payment | Interest Rate |
|---|---|---|---|---|---|---|
| | **LINDA D. SMITH, ESQ.**<br>ECF NOTIFICATION | ATTORNEY FEE<br><br>*Funds will be DISBURSED* | $2,570.00 | $0.00 | $110.00 | 0.00 |
| 1 | **Zions First National Bank**<br>Legal Services, UT ZB11 0877<br>P.O. Box 30709<br>Salt Lake City, UT  84130 | UNSECURED<br>MONEY LOANED<br>1014<br>*Funds will be DISBURSED* | $9,715.51 | $0.00 | Pro Rata | 0.00 |

*Case No: 1228944*

*Trustee's Report of Claims*                                        *Page: 2*

United States Bankruptcy Court
District of Utah

In re:                                                                    Case No. 12-28944-RKM
Shahin Mohammad Reza                                                      Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 1088-2    User: djf    Page 1 of 2    Date Rcvd: Apr 22, 2013
                          Form ID: pdftrc    Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 24, 2013.
```
db            +Shahin Mohammad Reza,    5809 S. Waterbury Dr.,    Salt Lake City, UT 84121-1154
8395080       +Chase,    3415 Vision Drive,    Columbus, OH 43219-6009
8395081       +Faramarz Baravi,    4412 south 500 east,    Salt Lake City, UT 84107-2866
8395083      ++ZIONS FIRST NATIONAL BANK,    LEGAL SERVICES UT ZB11 0877,    P O BOX 30709,
                SALT LAKE CITY UT 84130-0709
              (address filed with court:  Zions Bank,    P.O box 30709,    S.L.C, UT 84130)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8395082*     ++ZIONS FIRST NATIONAL BANK,    LEGAL SERVICES UT ZB11 0877,    P O BOX 30709,
                SALT LAKE CITY UT 84130-0709
              (address filed with court:  Zions First National Bank,    Legal Services, UT ZB11 0877,
                P.O. Box 30709,    Salt Lake City, UT 84130)
                                                                                TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 24, 2013**        **Signature:**  */s/ Joseph Speetjens*

```
District/off: 1088-2           User: djf                  Page 2 of 2                  Date Rcvd: Apr 22, 2013
                               Form ID: pdftrc            Total Noticed: 4
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 22, 2013 at the address(es) listed below:
          Kevin R. Anderson tr    kanderson@ch13kra.com,  lneebling@ch13kra.com
          Linda D. Smith    on behalf of Debtor Shahin Mohammad Reza lawldsmith@aol.com,
           ldsmithecfinfo@gmail.com;lmadrid30@msn.com
          United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
                                                                                                                                  TOTAL: 3