Kevin R. Anderson (4786)
Tami Gadd-Willardson (12517)
Ryan C. Cadwallader (13661)
Sarah L. Olson (14006)
OFFICE OF THE CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: kratrusteemail@ch13kra.com

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

| IN RE: <br> SHAHIN MOHAMMAD REZA <br><br> debtor | CASE NO: 12-28944 <br><br> Chapter 13 <br><br> JUDGE R. KIMBALL MOSIER |
|---|---|

### CHAPTER 13 TRUSTEE'S NOTICE OF COMPLETED PLAN PAYMENTS

Kevin R. Anderson, the Chapter 13 Trustee in this case, hereby gives notice of the following:

1. The above-named debtor(s) have made all payments to the Trustee as required by the confirmed Chapter 13 plan, and the Trustee has disbursed such payments to creditors as provided for in such plan.

2. To qualify for a Chapter 13 discharge, the debtor(s) must certify as to the following facts (see § 1328 and 1302(d)):

   a. The debtor(s) have not received a discharge in a Chapter 7, 11 or 12 bankruptcy case filed within four (4) years prior to the petition date of this Chapter 13 case.

   b. The debtor(s) have not received a discharge in another Chapter 13 bankruptcy case filed within two (2) years prior to petition date of this Chapter 13 case.

    c. The debtor(s) have completed an instructional course concerning personal financial management described in 11 U.S.C. § 111 and have filed the Certification of Completion of Course in Personal Financial Management (Official Form 23) with the Court.

    d. The debtor(s) have identified the name and address of creditors holding a claim that is not discharged under 11 U.S.C. 523 (a)(2) or (a)(4) or a claim that was reaffirmed under 11 U.S.C. § 524 (c) (see § 1302(d)(1)(C)(iv)).

    e. There is not currently pending any proceeding in which the debtor(s) may be found guilty of a felony of the kind described in 11 U.S.C. § 522(q)(1)(A) or liable for a debt

    f. The debtor(s) **HAVE NOT** been required by a judicial or administrative order, or by statute to pay any domestic support obligation as defined in 11 U.S.C. § 101 (14A) either before this case was filed or at any time after its filing.

3. If these requirements are not timely satisfied, the case may be closed without the granting of a discharge under 11 U.S.C. 1328.

Dated: 8/7/2015

/s/ KRA  
Kevin Anderson  
Chapter 13 Trustee

## CERTIFICATE OF MAILING

The undersigned hereby certifies that true and correct copy of the foregoing Trustee's Notice of Completed Plan Payments was served upon all persons entitled to receive notice in this case via ECF notification or by U.S. Mail to the following parties on August 07, 2015:

SHAHIN MOHAMMAD REZA, 5809 S. WATERBURY DR., SALT LAKE CITY, UT 84121

LINDA D. SMITH, ESQ., ECF Notification

/s/  
Employee of Chapter 13 Trustee