```
Label Matrix for local noticing      Kevin R. Anderson, tr              Chase
1088-2                                405 South Main Street              3415 Vision Drive
Case 12-28944                         Suite 600                          Columbus, OH 43219-6009
District of Utah                      Salt Lake City, UT 84111-3408
Salt Lake City
Tue Aug 18 14:41:20 MDT 2015

Faramarz Baravi                       Shahin Mohammad Reza               Linda D. Smith
4412 south 500 east                   5809 S. Waterbury Dr.              1063 E. 3300 So., Suite 102B
Salt Lake City, UT 84107-2866         Salt Lake City, UT 84121-1154      Salt Lake City, UT 84106-2691


United States Trustee                 (p)ZIONS FIRST NATIONAL BANK
Ken Garff Bldg.                       LEGAL SERVICES UT ZB11 0877
405 South Main Street                 P O BOX 30709
Suite 300                             SALT LAKE CITY UT 84130-0709
Salt Lake City, UT 84111-3402
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Zions Bank                            (d)Zions First National Bank       End of Label Matrix
P.O box 30709                         Legal Services, UT ZB11 0877       Mailable recipients    7
S.L.C, UT 84130                       P.O. Box 30709                     Bypassed recipients    0
                                      Salt Lake City, UT 84130           Total                  7
```