### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF UTAH

IN RE:  12-28944
DEBTOR(S):

SHAHIN MOHAMMAD REZA

*BSS Final Report - UST Form 101-13-FR-S*

## NOTICE OF STANDING CHAPTER 13 TRUSTEE'S FINAL REPORT AND ACCOUNT
## and CERTIFICATE OF MAILING

The Debtors in the above-captioned case have made their final Chapter 13 payment, and the Trustee has disbursed all such funds to claimants.  Accordingly, the Trustee hereby files the attached Final Report and Account summarizing the administration of the case and giving an accounting of all receipts and disbursements under the confirmed plan.

### *ABSENT A TIMELY FILED WRITTEN OBJECTION TO THE TRUSTEE'S FINAL REPORT AND ACCOUNT, THE CASE MAY PROCEED TO DISCHARGE AND CLOSURE.*

Any objection to the Trustee's Final Report and Account must be (1) in writing; (2) filed with the bankruptcy court within 30 days after the date of service set forth below and served on the Trustee; and (3) noticed for a hearing to be held no later than 30 days after the filing such objection.  If no objections are filed within such 30-day period, the Trustee's Final Report and Account will be deemed approved by the Court, and under Bankruptcy Rule 5009 the estate will be presumed to be fully administered.  If the Debtor otherwise qualifies, the bankruptcy court <u>may</u> (if eligible) grant the discharge and close the case.

### <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 18, 2015,      the foregoing Trustee's Final Report and Account (Chapter 13) was electronically filed with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified after the signature line in the attached Noticing Center's Certificate of Service, are registered CM/ECF users and will be served through the CM/ECF system.

I hereby certify that on August 19, 2015,      I caused to be served a true and correct copy of the foregoing Trustee's Final Report and Account (Chapter 13) as follows:

Mail Service via the Noticing Center- By regular first class United States mail, postage fully pre-paid, addressed to those parties specified in the Noticing Center's Certificate of Service found below:

/s/Kevin R. Anderson, Trustee, Office of the Standing Chapter 13 Trustee

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH
## CENTRAL DIVISION

In re:

SHAHIN MOHAMMAD REZA

Debtor(s)

Case No. 12-28944

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Kevin Anderson, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/11/2012.

2) The plan was confirmed on 09/25/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 04/09/2013.

5) The case was completed on 07/23/2015.

6) Number of months from filing to last payment: 36.

7) Number of months case was pending: 37.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $23,600.00.

10) Amount of unsecured claims discharged without payment: $8,102.58.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $4,428.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:**          **$4,428.00**

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,570.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $245.07 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$2,815.07** |

Attorney fees paid and disclosed by debtor:      $430.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| JP MORGAN CHASE BANK NA | Secured | 97,605.87 | NA | NA | 0.00 | 0.00 |
| ZIONS FIRST NATIONAL BANK | Unsecured | 9,351.67 | 9,715.51 | 9,715.51 | 1,612.93 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$9,715.51** | **$1,612.93** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,815.07 |
| Disbursements to Creditors | $1,612.93 |
| **TOTAL DISBURSEMENTS** : | **$4,428.00** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 08/17/2015                    By:/s/ Kevin Anderson
                                                            Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**

United States Bankruptcy Court
District of Utah

In re:                                                                    Case No. 12-28944
SHAHIN MOHAMMAD REZA                                                       Chapter 13
            Debtor

## CERTIFICATE OF SERVICE

District/off: 1088-c          User: 563              Page 1 of 2           Date Rcvd: Aug 18, 2015
                              Form ID: USTFRA101     Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Noticing Center on
Aug 19, 2015.
db          +SHAHIN MOHAMMAD REZA,    5809 S. WATERBURY DR.,    SALT LAKE CITY UT 84121-1154
12          +Faramarz Baravi,   4412 south 500 east,    Salt Lake City UT 84107-2866
6           +JP MORGAN CHASE BANK NA,    3415 VISION DRIVE,    MAIL CODE OH4-7142,    COLUMBUS OH 43219-6009
13          +Kami L Petersson,   p.o box 30709,    S.L.C UT 84130-0709
10           ZIONS FIRST NATIONAL BANK,    LEGAL SERVICES UT ZB11 0877,    PO BOX 30709,
             SALT LAKE CITY UT 84130-0709
8            Zions Bank,   PO Box 30709,   Salt Lake City UT 84130-0709

Notice by electronic transmission was sent to the following persons/entities by the Noticing Center.
NONE.                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the document specified in the Form ID field of this Certificate of Service to the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Date: Aug 19, 2015**                    **Signature:**     _Joseph Speetjens_

```
District/off: 1088-c          User: 563              Page 2 of 2            Date Rcvd: Aug 18, 2015
                              Form ID: USTFRA101      Total Noticed: 6

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 18, 2015 at the address(es) listed below:
nef          Kevin R. Anderson tr    405 South Main Street
nef          Kevin R. Anderson tr    405 South Main Street
nef          LINDA D. SMITH, ESQ.    1063 E 3300 S, SUITE 102B
nef          LINDA D. SMITH, ESQ.    1063 E 3300 S, SUITE 102B
nef          Linda D. Smith    74 E. 2700 So.
nef          United States Trustee    Ken Garff Bldg.
nef          United States Trustee    Ken Garff Bldg.
                                                                                    TOTAL: 7
```